UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-608M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ROBERT GREER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Conspiracy to Distribute Cocaine Base

<u>Date of Detention Hearing</u>:   Initial Appearance, December 16, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged with three co-defendants with conspiring to distribute 50

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01 grams or more of a mixture and substance containing cocaine base (crack cocaine).

02     (2)    Defendant was not interviewed by Pretrial Services.  There is no additional
03 information regarding his personal history, residence, family ties or ties to the Western District of
04 Washington, income, financial assets or liabilities, physical/mental health or controlled substance
05 use if any.  His criminal history includes VUCSA, failure to comply, two escape charges, false
06 reporting emergency, and possession of cocaine/heroin.  The defendant currently has an escape
07 warrant with the Department of Corrections.  The defendant does not contest detention.

08     (3)    The defendant poses a risk of nonappearance due to a history of escape, a current
09 outstanding warrant and unknown ties to this District.  He poses a risk of danger due to criminal
10 history and the nature of the instant charges.

11     (4)    There does not appear to be any condition or combination of conditions that will
12 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
13 to other persons or the community.

14 It is therefore ORDERED:

15     (1)    Defendant shall be detained pending trial and committed to the custody of the
16         Attorney General for confinement in a correction facility separate, to the extent
17         practicable, from persons awaiting or serving sentences or being held in custody
18         pending appeal;

19     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
20         counsel;

21     (3)    On order of a court of the United States or on request of an attorney for the
22         Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  16th  day of  December , 2005.

*Mary Alice Theiler* (signature)
Mary Alice Theiler
United States Magistrate Judge