01

02

03

04

05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 | UNITED STATES OF AMERICA,             )   CASE NO. 05-608M
                                          )
09 |        Plaintiff,                     )
                                          )
10 |        v.                             )
                                          )   DETENTION ORDER
11 | ROBERT GREER,                         )
                                          )
12 |        Defendant.                     )
    _____       )

13

14 Offense charged:

15      Conspiracy to Distribute Cocaine Base

16 Date of Detention Hearing:    Initial Appearance, December 16, 2005

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)      Defendant is charged with three co-defendants with conspiring to distribute 50

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  grams or more of a mixture and substance containing cocaine base (crack cocaine).

02      (2)     Defendant was not interviewed by Pretrial Services.  There is no additional

03  information regarding his personal history, residence, family ties or ties to the Western District of

04  Washington, income, financial assets or liabilities, physical/mental health or controlled substance

05  use if any.  His criminal history includes VUCSA, failure to comply, two escape charges, false

06  reporting emergency, and possession of cocaine/heroin.  The defendant currently has an escape

07  warrant with the Department of Corrections.  The defendant does not contest detention.

08      (3)     The defendant poses a risk of nonappearance due to a history of escape, a current

09  outstanding warrant and unknown ties to this District.  He poses a risk of danger due to criminal

10  history and the nature of the instant charges.

11      (4)     There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

13  to other persons or the community.

14  It is therefore ORDERED:

15      (1)     Defendant shall be detained pending trial and committed to the custody of the

16              Attorney General for confinement in a correction facility separate, to the extent

17              practicable, from persons awaiting or serving sentences or being held in custody

18              pending appeal;

19      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

20              counsel;

21      (3)     On order of a court of the United States or on request of an attorney for the

22              Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2

01     confined shall deliver the defendant to a United States Marshal for the purpose of

02     an appearance in connection with a court proceeding; and

03  (4)     The clerk shall direct copies of this Order to counsel for the United States, to

04     counsel for the defendant, to the United States Marshal, and to the United States

05     Pretrial Services Officer.

06  DATED this  16th  day of  December , 2005.


08  Mary Alice Theiler
    United States Magistrate Judge

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3